# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Appellee, ) | |
| ) | 4:19cr049 |
| v. ) | 4:19cr099 |
| ) | |
| DEMETRIUS LAMAR JACKSON, ) | |
| ) | |
| Defendant/Appellant. ) | |

## **ORDER**

The decision of this Court in the above-styled action having been affirmed by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This _16_ day of August, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA